UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. MO:21-CR-280-DC |
| | § § | |
| SAMUEL JESUS AVILA | § | |

## NOTICE OF APPEAL

NOW COMES, Samuel Jesus Avila, by and through his undersigned attorney, and hereby gives notice that he appeals to the Fifth Circuit Court of Appeals the sentence entered by the United States District Court in this case. Sentence was pronounced at the sentencing hearing on February 2, 2022. The judgment was entered on February 8, 2022.

DATED this 8th day of February 2022.

        Respectfully submitted.

        MAUREEN SCOTT FRANCO
        Federal Public Defender


        /s/ JOHN J. VELASQUEZ
        Assistant Federal Public Defender
        Western District of Texas
        200 East Wall St., Room 110
        Midland, Texas 79701
        Tel.: (830) 308-6040
        Bar Number: Nebraska 18183

        *Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| § | |
| **V.** § | **CAUSE NO. MO:21-CR-280-DC** |
| § | |
| § | |
| **SAMUEL JESUS AVILA** § | |

## DESIGNATION OF RECORD

Samuel Jesus Avila designates as the record on appeal a certified copy of the docket entries prepared by the District Clerk, and all of the original documents and instruments filed with the District Clerk, including but not limited to: all exhibits entered into evidence by either the government or Samuel Jesus Avila, and a complete transcript of all court proceedings, including the sentencing hearing held on February 2, 2022.

DATED this 8th day of February 2022.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender


/s/ JOHN J. VELASQUEZ
Assistant Federal Public Defender
Western District of Texas
200 East Wall St., Room 110
Midland, Texas 79701
Tel.: (830) 308-6040
Bar Number: Nebraska 18183

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

On, the 8th day of February 2022, I filed with the Clerk of the Court using the CM/ECF system who will serve the foregoing Notice of Appeal and Designation of Record on the following:

Monica L. Daniels
Assistant United States Attorney

/s/JOHN J. VELASQUEZ
*Counsel for Defendant*